## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case no. 4:12-cv-01055-RWS |
| | ) |
| DANIEL K. STEELE, JUDY D. STEELE, | ) |
| U.S. BANK, N.A., JANICE GREIG, DANIEL | ) |
| POWELL, ADT SECURITY SERVICES, INC., | ) |
| INTEGRITY ENGINEERING, INC., | ) |
| MISSOURI DEPARTMENT OF REVENUE, | ) |
| PHELPS COUNTY, and ROBERT B. STOLTZ, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION FOR ENTRY OF JUDGMENT

Plaintiff, the United States of America, has filed a complaint in this matter seeking to
reduce to judgment federal tax assessments made against defendant Daniel K. Steele and to
foreclose federal tax liens on certain real property described below. The United States of
America, Daniel K. Steele, and Judy D. Steele hereby agree that judgment be entered as follows:

1. Defendant Daniel K. Steele is indebted to the United States for the unpaid assessed
balance of federal income taxes for years 2001 and 2004-2009 as described in paragraph 14 of
the United States' Complaint the amount of $62,181.03, plus interest and statutory additions
accruing after July 2, 2012, until paid.

2. Defendant Daniel K. Steele is indebted to the United States for the unpaid assessed
balance of federal employment ("Form 941") and unemployment ("Form 940") taxes, as well as
a penalty for intentional failure to file information returns under 26 U.S.C. § 6721 as described

in paragraph 18 of the United States' complaint in the amount of \$136,803.62, plus interest and

statutory additions accruing after July 2, 2012, until paid.

3. Defendants, Daniel K. Steele and Judy D. Steele, own, as tenants by the entirety, the

real property at 305 Greentree Road, Rolla, Missouri, with the following legal description:

All of Lot 10 of Fox Creek, an addition to the City of Rolla, Missouri, (a Resubdivision
of Ann's Acres Third and a fractional part of Lot 2 of the NW 1/4 of Sec. 7, Twp. 37N.,
Rng. 7 W.)

4. Defendants, Daniel K. Steele and Judy D. Steele, own, as tenants by the entirety, the

real property on Sterling Hills Drive, Rolla, Missouri, with the following legal description:

All of Lot 3 Grandview Estates, a Subdivision in a fractional part of the NE 1/4 of Sec.
29, Twp. 37N., Rng. 7 W., Phelps County, Missouri.

5. The Federal tax liens arose as a result of the assessments described above in

paragraphs 1 and 2. The Federal tax liens are valid and subsisting liens and attach to the real

property described in paragraphs 3 and 4, above, pursuant to 26 U.S.C. § 6321 and 6322. The

tax liens shall be foreclosed against the Steeles' real property and the property sold pursuant to

an order of sale. The United States shall stay execution of this decree of foreclosure and sale so

long as Daniel K. Steele makes monthly payments in accordance with the parties' settlement

agreement. If Daniel K. Steele fails to make a monthly payment, the United States shall

immediately proceed to sell the property, and may re-open this case for the purpose of obtaining

an order of sale, requesting the Court to confirm any sale, and any such other orders that may be

necessary in connection with selling the property.

6. Each party agrees to bear its own litigation expenses including costs and attorney's fees.

Dated: November 14, 2012.

Respectfully submitted,

s/ *Jessica S. Reimelt*

Jessica S. Reimelt (Maryland Bar)
U.S. Department of Justice, Tax Division
Ben Franklin Station
Post Office Box 7238
Washington, D.C. 20044
Telephone: (202) 307-2176
Fax: (202) 514-6770
E-mail: Jessica.S.Reimelt@usdoj.gov

s/ *Daniel Keith Steele*

Daniel K. Steele

*Judy D. Steele*

Judy D. Steele
305 Greentree Road
Rolla, Missouri 65401
Phone: (573) 578-3093
E-mail: dks@fidnet.com

The Clerk shall enter judgment accordingly.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing has been filed electronically

with the Court's CM/ECF System on November 19, 2012, which served notice upon all who

have entered an appearance in this case.

IT IS HEREBY CERTIFIED that service of the foregoing has been mailed, postage

prepaid this, the 19th day of November, 2012, to:

Daniel and Judy Steele
305 Greentree Rd.
Rolla, MO 65401

s/Jessica S. Reimelt
JESSICA S. REIMELT

2