UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12CV1055 RWS |
| | ) | |
| DANIEL K. STEELE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on my review of the file.  On November 20, 2012, I signed a stipulation for entry of judgment between Plaintiff and Defendants Daniel K. Steele and Judy D. Steele.  However, there remain three defendants who are not in default and two defendants with default judgment motions pending.  It is unclear whether Plaintiff intends the stipulation [#39] to fully resolve this matter, or whether Plaintiff intends to proceed with this action against the remaining non-defaulted defendants.

Accordingly,

**IT IS HEREBY ORDERED that** by **December 14, 2012**, Plaintiff shall either dismiss this case or file a Memorandum requesting the Court to proceed with a Rule 16 conference.  Any such Memorandum shall set out what issues are left for the Court to resolve.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of December, 2012.