UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV1055 RWS |
| ) | |
| DANIEL K. STEELE, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

On December 13, 2012, Plaintiff filed a status report indicating that it is pursuing a joint stipulation that would conclude their litigation with the parties who have entered an appearance in this matter. Out of an abundance of caution, Plaintiff requested the Court schedule a Rule 16 Conference. Rather than schedule a Rule 16 Conference, I believe it is best to proceed with a status conference at this time.

Accordingly,

**IT IS HEREBY ORDERED that** a status conference is set in this matter on **January 11, 2013, at 11:00 a.m.** in Courtroom 16 South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of December, 2012.