UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12CV1055 RWS |
| | ) | |
| DANIEL K. STEELE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On December 20, 2012, Plaintiff United States of America and Defendants Missouri Department of Revenue, U.S. Bank, and Phelps County submitted a joint stipulation concerning the parties' interest in real property at issue in this matter.

**IT IS HEREBY ORDERED that** parties' joint stipulation [#42] is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff's motions for default judgement against Defendants Robert Stoltz and ADT Security Services, Inc.[#19 and #21] are **GRANTED**. The Clerk of the Court shall enter default judgement against both Defendants.

**IT IS FURTHER ORDERED** the status conference set on January 11, 2013 is **VACATED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21th day of December, 2012.